IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

GIOVWANNO BURNETT,

    Plaintiff,

     v.

FLOWERS FOODS, INC.
doing business as
Bailey Street Bakery, LLC,

    Defendant.

CIVIL ACTION FILE
NO. 1:15-CV-1485-TWT

**ORDER**

This is an employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 10] of the Magistrate Judge recommending denying the Defendant's Motion to Dismiss [Doc. 5] as moot. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Dismiss [Doc. 5] is DENIED as moot.

SO ORDERED, this 3 day of August, 2015.

                /s/Thomas W. Thrash
                THOMAS W. THRASH, JR.
                United States District Judge

T:\ORDERS\15\Burnett\r&r.wpd